IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

FEB - 8 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06-CV-00220-BNB**

(The above civil action number must appear on all future papers sent to the Court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JEFF WILLIAMSON,

　　Plaintiff,

v.

ROBERT SWAN MUELLER, III,
"JOHN DOE" POWERS,
BRIAN SCHMIDT,
STEVE OLSEN,
"JOHN DOE" PRICE,
WAYNE ALLARD,
DENVER CITY COUNCIL [sic],
BOB MALTEE,
JEFF SELBERG,
DR. KELLI LEWIS,
DR. CHARLES CLARK,
TEN UNKNOWN LUTHERAN MEDICAL,
CENTER STAFF MEMBERS,
SIX UNKNOW [sic] LUTHERAN MEDICAL,
CENTER SECURITY GUARDS,
THREE UNKNOWN COLORADO,
STATE INVESTIGATORS,
BILL LEONE,
GERALD WHITMAN,
O. EDWARD SCHLATTER,
PORTER GOSS,
DR. CHUNG HWAN KWAK,
TOM CURLEY,
BOB WRIGHT,
ROBERT IGER,
LESLIE MOOVES,
RUPERT MURDOCH,
JIM WALTON
JONATHON KLEIN,

RUDI BAKHTAIR,
MIKE GALONOS,
OTHER UNNAMED NATION AND LOCAL MEDIA REPRESENTATIVES,

      Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Motion for Court to Waive Photo Copy Charges on Complaint so the Defendants Can be Served by U.S. Marshal, and a Complaint. Plaintiff claims that he is homeless and does not provide the Court with a mailing address. Without an address the Court is unable to send copies of Court orders to Plaintiff. Plaintiff, therefore, is responsible for obtaining copies of any Court orders.

The Court also has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the Clerk of the Court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
- (1) ___ is not submitted
- (2) ___ is not on proper form (must use the Court's current form)
- (3) ___ is missing original signature by Plaintiff
- (4) ___ is missing affidavit
- (5) ___ affidavit is incomplete
- (6) _X_ affidavit is not notarized or is not properly notarized
- (7) ___ names in caption do not match names in caption of complaint, petition or application
- (8) ___ An original and a copy have not been received by the Court. Only an original has been received.
- (9) ___ other _____

**Complaint or Petition:**
(10) __ is not submitted
(11) _X_ is not on proper form (must use the Court's current form)
(12) __ is missing an original signature by the Plaintiff
(13) __ is incomplete
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the Court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that Plaintiff is responsible for obtaining copies of any Court orders.

DATED at Denver, Colorado, this 7th day of February, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge